No. 88–5944. SUN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–5965. BEY v. ZIMMERMAN, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–5971. GRAHAM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–5980. MIDDLETON v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 88–5993. FOREMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–6000. MURPHY, AKA O'MURCHU v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 88–6021. MOLINA-URIBE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–6022. MUSSER v. UNITED STATES; and
No. 88–6027. HARVEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 856 F. 2d 1484.

No. 88–6037. ZOLA v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 88–6046. DURHAM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–6049. NIKOLAOU v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 88–6050. MALIZIA v. SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–6052. MURR v. JACKSON, SUPERINTENDENT, PICKAWAY CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 88–6054. TEAGLER v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Ct. Crim. App. Tex. Certiorari denied.